UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 17-24192-CIV-UNGARO/O'SULLIVAN

MYRON MORALES,
    Plaintiff,

vs.

COMMISSIONER OF SOCIAL SECURITY,
    Defendant.
_____/

## SCHEDULING ORDER

THIS CASE is before the Court *sua sponte*. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

(1) Plaintiff shall file a motion for summary judgment, setting forth the reasons for relief and including citations to the administrative record and relevant legal authorities on or before sixty (60) days from the date of this Order.

(2) Defendant shall file a response to Plaintiff's motion for summary judgment and Defendant's motion for summary judgment within thirty (30) days after Plaintiff files his motion for summary judgment.

(3) Plaintiff may respond to Defendant's motion for summary judgment and reply to Defendant's response to Plaintiff's motion for summary judgment within thirty (30) days after Defendant files a response and motion as set forth in Paragraph 2 above.

**DONE AND ORDERED** in Chambers at Miami, Florida this 30th day of January, 2018.

                                                JOHN J. O'SULLIVAN
                                                UNITED STATES MAGISTRATE JUDGE

Copies to:
U.S. District Judge Ungaro
All counsel of record