**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

MYRON MORALES,

Plaintiff,                                                    CASE NO: 1:17-cv-24192-UU

     v.

NANCY A. BERRYHILL,

Commissioner of the Social Security
Administration,

     Defendant.
_____/

### PLAINTIFF'S OBJECTION TO REPORT AND RECOMMENDATION

Plaintiff Myron Morales, pursuant to Docket Entry 25 in this matter, respectfully submits the following objection to the Report and Recommendation issued by Magistrate Judge John O'Sullivan. Mr. Morales does not object to the recommendation that his Motion for Summary Judgment be granted and asks that this Court accept the Report and Recommendation, subject to the following objection.

I.     Mr. Morales objects to the failure to extend the higher standard in Cowart v. Schweiker to represented claimants.

According to the Report and Recommendation, because Mr. Morales was represented by counsel, the Administrative Law Judge in this matter only had a duty to develop a full and fair record, not to "scrupulously and conscientiously probe into … all the relevant facts." D.E. 25 at 34-35 (citing Cowart v. Schweiker, 662 F.2d 731, 735 (11th Cir. 1981)). While that is a correct reading of Cowart, subsequent Eleventh Circuit cases applied a duty to "scrupulously and conscientiously probe" even when a claimant was represented during his Social Security hearing.

1

Washington v. Comm'r of Soc. Sec., 906 F.3d 1353, 1357, 1364 (11th Cir. 2018); see also Henry v. Comm'r of Soc. Sec., 802 F.3d 1264, 1267 (11th Cir. 2015).[1]

For this reason, Mr. Morales objects to the finding that the Administrative Law Judge only had a duty to develop a full and fair record.

<u>CONCLUSION</u>

For the reasons set forth in Docket Entries 19, 24 and 25, Mr. Morales respectfully requests that this Court adopt the Report and Recommendation of Magistrate Judge O'Sullivan, subject to his objection, and remand for further administrative proceedings pursuant to 42 U.S.C. § 405(g).

January 2, 2019

Respectfully submitted,

LEGAL SERVICES OF GREATER MIAMI, INC.

By: s/ Miriam Haskell

> Pamela Flores, Esq.
> Florida Bar No. 0124363
> Jeffrey M. Hearne, Esq.
> Florida Bar No. 512060
> Miriam Haskell
> Florida Bar No. 69033
> Attorneys for Petitioner
> 4343 W Flagler Street, Suite 100
> Miami, FL 33134
> Telephone/Fax: (305) 438-2411
> Email: pflores@legalservicesmiami.org
> Email: jhearne@legalservicesmiami.org
> Email: mhaskell@legalservicesmiami.org

---

[1]  According to the underlying Report and Recommendation in Henry, the plaintiff was unrepresented at his first hearing before the Administrative Law Judge, but then represented by counsel at two additional hearings. Henry v. Comm'r of Soc. Sec., No. 6:14-CV-237-ORL-18KR, 2014 WL 7722948, at *1 (M.D. Fla. Dec. 30, 2014), report and recommendation rejected (Jan. 27, 2015).

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on January 2, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the below Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

By: s/ Miriam Haskell
Miriam Haskell, Esq.

<u>**SERVICE LIST**</u>

Karin D. Wherry
United States Attorney's Office
99 NE 4 Street
Miami, FL 33132
305-961-9016
Fax: 530-7139
Email: karin.wherry@usdoj.gov

Noticing Social Security US Attorney
Email: usafls-socialsec@usdoj.gov