UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:17-cv-24192-UU

MYRON MORALES,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

## ORDER

THIS CAUSE comes before the Court upon the Report and Recommendation, D.E. 35, issued by Magistrate Judge John J. O'Sullivan on August 1, 2019. Magistrate Judge O'Sullivan recommended that the Court grant in part and deny in part Plaintiff's Verified Motion for Attorney's Fees, D.E. 31, and award Plaintiff attorney's fees in the amount of $5,971.32. Plaintiff objected to the Report. D.E. 36.

THE COURT has made a *de novo* review of the entire file and record herein, and, is otherwise fully advised in the premises. The matter is now ripe for disposition.

The total amount of attorney's fees sought by Plaintiff is $19,904.40, representing 184.30 hours at an hourly rate of $108.00 for work performed by Plaintiff's counsel. D.E. 31 & 34. In the Report, Magistrate Judge O'Sullivan recommended that the Court reduce Plaintiff's request for attorney's fees by 50% (92.15 hours) for hours expended on unsuccessful arguments. D.E. 35. Magistrate Judge O'Sullivan recommended that the Court reduce the remaining hours by 40% (36.86 hours) for the redundant work performed by Plaintiff's counsel.[1]  *Id.*  Accordingly,

---

[1] Plaintiff does not object to the 40% reduction of hours expended based on redundant work. D.E. 36.

Magistrate Judge O'Sullivan found that Plaintiff should be compensated for 55.29 hours at an hourly rate of $108.00, for a total award of $5,971.32. *Id.*

Upon *de novo* review, the Court agrees with Magistrate Judge O'Sullivan's recommendation and concurs in all of the findings. In his sole objection, Plaintiff argues that his fee award should not be reduced for hours expended on unsuccessful arguments because (i) Plaintiff prevailed in each of his three main arguments; and (ii) Plaintiff's legal arguments were based on the same transcript and set of facts and, therefore, the issues and arguments were intertwined and not distinct. D.E. 36. Plaintiff's objection largely restates the arguments made to Magistrate Judge O'Sullivan and are specifically and properly addressed in the Report. The Court finds that Magistrate Judge O'Sullivan correctly applied the law to the relevant facts.

In addition, Plaintiff's argument that he prevailed in each of his three main arguments in his motion for summary judgment is without merit. In the Report, the Magistrate Judge stated that the Court rejected four out of five of Plaintiff's arguments that attempted to demonstrate that the ALJ's decision was not supported by substantial evidence. The Magistrate Judge further found that Plaintiff prevailed on one unrelated argument that demonstrated that the ALJ's decision was not supported by substantial evidence. The Court agrees with the Magistrate Judge's finding that, while Plaintiff's case sought the sole objective of reversal and remand, Plaintiff is not entitled to recover for all the time spent on the legal work on which he failed to prevail. Moreover, Plaintiff does not dispute the Magistrate Judge's finding that he did not advance a novel or complex argument that justifies awarding fees close to five times the average amount of hours spent in similar cases. Thus, the Court concludes that Magistrate Judge O'Sullivan properly applied a percentage reduction to Plaintiff's award of attorney's fees. Plaintiff's objection is overruled. Accordingly, it is hereby

ORDERED and ADJUDGED that the Magistrate Judge O'Sullivan's Report and Recommendation, D.E. 35, is RATIFIED, AFFIRMED and ADOPTED.  Plaintiff's Verified Motion for Attorney's Fees, D.E. 31, is GRANTED IN PART AND DENIED IN PART as set forth in the Report.  It is further

ORDERED AND ADJUDGED that FINAL JUDGMENT AWARDING ATTORNEY'S FEES in the amount of $5,971.32 is hereby entered in favor of Plaintiff and against Defendant.

DONE AND ORDERED in Chambers at Miami, Florida, this _18th_ day September, 2019.

_____
UNITED STATES DISTRICT JUDGE

cc: counsel of record via cm/ecf